No. 99–8459. NICKERSON v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–8467. CLARK v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 99–8468. CHRISTIAN v. HENDERSON, POSTMASTER GENERAL. C. A. 10th Cir. Certiorari denied.

No. 99–8496. LAMPSON v. WEST, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 99–8519. WOODS v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 99–8531. JOHNSON, AKA CAMPBELL v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–8546. REYNOLDS v. ROONEY ET UX. Ct. App. Tex., 5th Dist. Certiorari denied.

No. 99–8549. ROBINSON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 99–8556. WOODWARD v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 99–8584. CABLA v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8590. JACKSON v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–8614. ARMSTRONG v. GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–8619. LOCKABY v. UNITED STATES; and
No. 99–8791. MCLEOD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 204 F. 3d 1115.